IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  3:23-CR-081 |
| Plaintiff, | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| HEIDI DANIEL, | : | |
| | : | 18 U.S.C. § 661 |
| Defendant. | : | 18 U.S.C. § 1361 |
| | : | 18 U.S.C. § 1382 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**

(18 U.S.C. § 661)

On or about June 4, 2023, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States as defined in Section 7 of this Title, the Defendant, **HEIDI DANIEL,** did take and carry away, with intent to steal and purloin, personal property of another person, an individual with the initials "W.D."

In violation of 18 U.S.C. § 661.

**COUNT 2**

(18 U.S.C. § 1361)

On or about June 4, 2023, in the Southern District of Ohio, the Defendant, **HEIDI DANIEL**, did willfully injure and commit depredation against property of the United States and of any department and agency thereof, and any property which has been or is being

manufactured or constructed for the United States, and any department and agency thereof, by damaging the rear door of the residence located at 310 Dupont, located in the Prairies at Wright Field, Wright-Patterson Air Force Base.

In violation of 18 U.S.C. § 1361.

## COUNT 3

(18 U.S.C. § 1382)

On or about June 4, 2023, in the Southern District of Ohio, within the jurisdiction of the United States, the Defendant, **HEIDI DANIEL**, did go upon Wright-Patterson Air Force Base, a military installation, for a purpose prohibited by law and lawful regulation.

In violation of 18 U.S.C. § 1382.

KENNETH L. PARKER
United States Attorney

JAMES W. KITCHEN
Special Assistant United States Attorney